UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MARTIN J. WALSH,<br>　　Plaintiff, | Case No. 1:22-cv-765<br>Barrett, J.<br>Litkovitz, M.J. |
| vs. | |
| LORDESS CARE AND MEDTRANS LLC, *et al.*,<br>　　Defendants. | |

This matter is before the Court on defendant Edwin Jose Ayuketah's motion of representation (Doc. 8). Plaintiff filed no response.

The Secretary of Labor initiated this Fair Labor Standards Act action against two defendants: (1) Lordess Care and Medtrans LLC; and (2) Edwin Jose Ayuketah (whom the complaint identifies as "owner, officer, and manager of the aforementioned company"). (Doc. 1 at PAGEID 1). Mr. Ayuketah filed the instant motion of representation in which he identifies himself as the "administrator of Lordess Care and Medtrans LLC with limited functions." (Doc. 8 at PAGEID 44). Mr. Ayuketah, who is not a licensed attorney, states that the company's license has been revoked, and he seeks to represent both himself and the company in this matter pro se. (*Id.* at PAGEID 44-45).

Pursuant to 28 U.S.C. § 1654, "[i]n all courts of the United States the parties may plead and conduct their own cases personally or by counsel as, by the rules of such courts, respectively, are permitted to manage and conduct cases therein." Although § 1654 permits an individual to represent his own interests in federal court, it is well settled that "a corporation cannot appear in federal court except through an attorney." *Doherty v. American Motors Corp.*, 728 F.2d 334, 340 (6th Cir. 1984). *See Rowland v. California Men's Colony, Unit 11 Men's Advisory Council*, 506 U.S. 194, 201-02 (1993) ("It has been the law for the better part of two

centuries . . . that a corporation may appear in federal courts only through licensed counsel."). "This rule applies equally to limited liability companies." *Basaran v. Martin Data, LLC*, No. 2:21-cv-4230, 2021 WL 7908557, at *1 (S.D. Ohio Oct. 1, 2021) (citing *S.E.C. v. Merklinger*, 489 F. App'x 937, 939 (6th Cir. 2012)).

**IT IS THEREFORE ORDERED THAT:**

Defendant Edwin Jose Ayuketah's motion of representation (Doc. 8) is **GRANTED** insofar as he seeks to represent himself individually but **DENIED** to the extent he seeks to represent Lordess Care and Medtrans LLC in this action.

Date: 9/28/2023

Karen L. Litkovitz
United States Magistrate Judge